USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

SHANE JONES, on behalf of
MICHAEL T. JONES (deceased),

        Plaintiff,

  -against-

NANCY BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.
------------------------------X

ORDER
7:19-cv-418 (VB/PED)

The Court having considered the submission of the parties regarding Plaintiff's motion under Rule 25(a) Fed. R. Civ. P, to substitute Shane Jones, on behalf of Michael T. Jones, Plaintiff (deceased)

IT IS ORDERED THAT

1. The motion to substitute Shane Jones, on behalf of Michael Jones (deceased) is

    GRANTED

Dated: July 1, 2020

7/6/20

_____
Paul E. Davison, United States Magistrate Judge
Date:

Clerk shall close Dkt. ## 24, 37, 40.

Commissioner's cross-motion due 8/7/20.