UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHANE JONES o/b/o
MICHAEL T. JONES (deceased),

                Plaintiff,                        19 **CIVIL** 418 (PED)

      -against-                              **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Decision and Order dated March 30, 2021, the Commissioner's motion is GRANTED and plaintiff's motion is DENIED; accordingly, this case is closed.

**Dated:**  New York, New York
        March 30, 2021

                                                **RUBY J. KRAJICK**
                                                **Clerk of Court**
          **BY:**
                                                *K. Mango*
                                                **Deputy Clerk**